

**Wisconsin Judicare, Inc.**

401 Fifth Street, Suite 200, P.O. Box 6100, Wausau, Wisconsin 54402-6100
Telephone: 715-842-1681   Toll Free: 800-472-1638   FAX: 715-848-1885   Website: www.judicare.org   E-Mail: info@judicare.org

February 22, 2018

Hon. Judge William M. Conley
United States District Court
Western District of Wisconsin

Re: <u>Jensen v. Impact Seven and Gates Lake Housing Development Corp.</u>, Case No. 16-CV-742

**Notice of Settlement**

Dear Hon. Judge Conley:

The parties in the above-referenced case have reached a settlement. Attorney Michael Happe, representing Impact Seven and Gates Lake, is currently drafting the formal settlement documents. Ms. Jensen has agreed to the terms of the settlement. Signed documents will be submitted to the court as soon as possible.

The parties, having reached an agreement, request that the court trial, scheduled for March 14, 15 and 16 be removed from the court's calendar, along with the pre-trial conference scheduled for March 7 at 4:00 pm.

Please contact me with any questions.

Sincerely,

Kimberly Haas
Attorney for Plaintiff

cc: Attorney Michael Happe, Defendants' Attorney

